Jared Walker (SB#269029)
P.O. Box 1777
Orangevale, CA 95662
T: (916) 476-5044
F: (916) 476-5064
jared@jwalker.law

Attorney for Plaintiff
KASSANDRA FORBES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASSANDRA FORBES,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-01544-EFB<br><br>STIPULATION FOR SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her motion for summary judgment be extended an additional fourteen (14) days from the current deadline such that Plaintiff's new deadline, with the Court's approval, will be September 16, 2026. This is Plaintiff's second request for an extension and is sought due to her counsel needing more time to review the administrative record and adequately prepare Plaintiff's motion, which has been delayed due to conflicting deadlines in other matters and unanticipated out of town travel to attend to a family illness. Counsel's intent in seeking this request is not to inconvenience the Court or parties, and this extension is not sought to unduly delay these proceedings.

With the Court's approval, the parties further stipulate that all other deadlines in the Court's Scheduling Order will remain in place but adjusted accordingly to coincide with this current extension request.

Dated: September 2, 2026

Respectfully submitted,

/s/ *Jared Walker*
Attorney for Plaintiff

SO STIPULATED:

ERIC GRANT
United States Attorney

Dated: September 2, 2026

By: /s/ **Margaret Branick-Abilla*
(**authorized by email on 9/02/2026*)
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: October 5, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE